# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141325

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RANDALL RAYMOND BALL,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141325
COA: 291433
Shiawassee CC: 08-007856-FH

_____/

On order of the Court, the application for leave to appeal the May 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

0920

_____
Clerk